PS8
(8/88)

# United States District Court
for the
## Eastern District of Michigan

U.S.A. vs. **Kenan KERIM**            Docket No. **23-20335-01**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Susan Dely, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant **Kenan Kerim,** who was placed under pretrial release supervision by United States Magistrate Judge Elizabeth A. Stafford sitting in the court at <u>Detroit, Michigan</u>, on April 24, 2023, under the following conditions:

A bond was set in the amount of $10,000.00 Unsecured Bond with the conditions he report as directed to Pretrial Services, do not obtain a passport, enhanced identification, or other international travel documents, travel restricted to the continental United States, avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, do not use alcohol at all, do not use or unlawfully possess a narcotic drug or other controlled substances, submit to substance use and alcohol testing as directed by Pretrial Services, participate in substance abuse treatment as directed by Pretrial Services, if first drug test is negative for controlled or illegal substances, controlled substance use can be discontinued, and prohibited from engaging in any form, written or verbal, or threatening, intimidating, or harassing behavior.

**Respectfully presenting petition for action of court and for cause as follows**:

(if short insert here; if lengthy write on separate and attach)

On July 25, 2023, Your Honor amended the defendant's bond to include the following additional conditions: do not access an internet capable device unless for the purpose to contact family, legal counsel, or to conduct research on case.

Assistant United States Attorney Christopher Rawsthorne and Defense Counsel George E. Long, III were present in court.

**THE COURT ORDERS:** the defendant to have no access to any internet capable device(s) unless for the purpose to contact family, legal counsel, or to conduct research on case.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct |
| Considered and ordered this __31st__ day of __July__, 2023 and ordered filed and made a part of the records in the above case. | Executed on July 28, 2023 |
| s/Paul D. Borman<br>Paul D. Borman<br>United States District Judge | *Susan Dely*<br>U.S. Pretrial Services Officer<br>(313) 234-5334 |
|  | Place: Detroit |