UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,                         Case No. 23-cr-20335

v.                                     Hon. Paul D. Borman
                                         U.S. District Court Judge

Kenan Kerim,

    Defendant.

---

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE THE DATE FOR THE DEFENDANT TO SURRENDER TO THE BUREAU OF PRISONS**

---

The Court sentenced Defendant Kenan Kerim on February 13, 2024, to 33 months in the Bureau of Prisons (BOP) and allowed him to self-surrender. Kerim has received his designation to Ashland, Kentucky and now asks the Court for an additional 90 days before he surrenders himself to the BOP to begin his sentence. In support of his request, Kerim cites the need to arrange for the care of his elderly father, and to a lesser extent, to resolve a pending civil case. With respect to the care of his father, Kerim states that he provides financial support for his father and helps with medicines. Kerim asks for the additional time to put aside

1

money and make arrangements for his father's care while he is incarcerated.

The United States does not take a position on Kerim's request and leaves the decision to the sound discretion of the Court.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Tara M. Hindelang*
TARA M. HINDELANG
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9543
Tara.Hindelang@usdoj.gov

Dated: April 10, 2024